No. 532. IN RE ANASTAPLO, 348 U. S. 946;

No. 571. SAWYER *v.* STEVENS, SECRETARY OF THE ARMY, ET AL., 348 U. S. 959;

No. 132, Misc. FAUBERT *v.* MICHIGAN ET AL., 348 U. S. 962; and

No. 332, Misc. BRADLEY *v.* HOWARD UNIVERSITY ET AL., 348 U. S. 954. Petitions for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications.

APRIL 18, 1955.

No. 320. MICHIGAN-WISCONSIN PIPE LINE Co. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL.; and

No. 322. PANHANDLE EASTERN PIPE LINE Co. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL. Appeals from the Supreme Court of Oklahoma. *Per Curiam:* Judgments reversed. *Natural Gas Pipeline Co.* v. *Panoma Corp.,* 349 U. S. 44. MR. JUSTICE HARLAN took no part in the consideration or decision of these cases. *Jack T. Conn, D. H. Culton, Coleman Hayes* and *Arthur R. Seder, Jr.* for appellant in No. 320. *Edward H. Lange* and *Mark H. Adams* for appellant in No. 322. *Mac Q. Williamson,* Attorney General of Oklahoma, for the Corporation Commission of Oklahoma; *T. Murray Robinson* and *Leon Shipp* for certain mineral owners in Texas County, Oklahoma; and *Rayburn L. Foster, Harry D. Turner, R. M. Williams, Kenneth Heady* and *Cecil C. Hamilton* for the Phillips Petroleum Co., appellees. Reported below: 272 P. 2d 425.

No. 588. ILLINOIS CENTRAL RAILROAD Co. ET AL. *v.* MISSISSIPPI PUBLIC SERVICE COMMISSION ET AL.; and

No. 589. INTERSTATE COMMERCE COMMISSION *v.* MISSISSIPPI PUBLIC SERVICE COMMISSION ET AL. Appeals from the United States District Court for the Southern District of Mississippi. *Per Curiam:* The motions to